**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF WISCONSIN**
**Milwaukee Division**

| | | |
|---|---|---|
| CHERYL A. MILLER, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 26-cv-961 |
| | ) | |
| v. | | |
| | ) | |
| SMITH & NEPHEW, INC., | ) | |
| | | |
| Defendant. | | |

# JOINT F.R.C.P. 26(f) REPORT

A Rule 16(b) telephonic scheduling conference is scheduled before Honorable Lynn Adelman, U.S. District Judge, at 11:00 a.m. on September 8, 2026. In advance of the scheduling conference, and pursuant to F.R.C.P. 26(f), Civil L.R. 16 and the Notice of Rule 16(b) Scheduling Conference (Dkt. No. 9), the parties have conferred and agreed upon the following representations and proposed discovery plan:

1. Brief Statement of the Case: This is a products liability action in which Plaintiff alleges that a medical device component implanted in Plaintiff's left hip was defectively and/or negligently manufactured by Defendant, Smith & Nephew, Inc. ("Smith & Nephew"), and that Smith & Nephew failed to warn of the risks associated with the same. Smith & Nephew denies Plaintiff's allegations.

2. Initial Disclosures: The parties agree to waive the exchange of initial disclosures, in part due to the lengthy history of litigation over this product in multidistrict litigation and in individual cases.

3. Joinder of Parties and Amendment of Pleadings: Any application to join any person or entity as a party to this action, or to amend the pleadings, must be filed on or before October 23, 2026.

4. Discovery Plan: The parties jointly propose to the Court the following discovery plan:

a. There has been discovery undertaken in a multidistrict litigation, Smith & Nephew Birmingham Hip Implant Products Liability Litigation, Case No. 1:17-md-02775, ("MDL") in the US District Court for the District of Maryland (Judge Catherine C. Blake). In her Suggestion of Remand, issued on August 27, 2024 [D.E. 5404 in 1:17-md-2775 (D. Md.)], and attached hereto as Exhibit "1", the MDL judge explained that since general liability discovery has been completed, post-transfer (or remand) discovery would appropriately be directed to case-specific discovery not duplicative of discovery completed in the MDL. (Suggestion of Remand at 21.). In light of the MDL proceedings, the parties will work together in order to streamline the Discovery process where applicable.

b. There has been discovery of electronically-stored information in the MDL, related to general liability that may be applicable and used in the litigation of this case, and this material was produced in the format agreed to by the parties, pursuant to the Stipulated Order Re Discovery of Electronically Stored Information entered on December 14, 2017 [D.E. 492 in 1:17-md-2775 (D. Md.)], and attached hereto as Exhibit "2". The parties agree to adopt and be bound by the ESI Protocol entered in the MDL.

c. The parties agree to adopt and be bound by the Protective Order entered on June 16, 2017 [D.E. 88 in 1:17-md-2775 (D. Md.)], and attached hereto as Exhibit "3".

d. The parties agree to adopt and be bound by the Revised Protective Order entered on August 27, 2018 [D.E. 909 in 1:17-md-2775 (D. Md.)], and attached hereto as Exhibit "4".

e. Discovery deadline: All discovery in this matter is to be completed on or before October 1, 2027.

f. Expert witnesses: The parties propose the following schedule for expert witness disclosures and depositions:

(1) Plaintiff shall serve expert witness reports on or before June 1, 2027;

(2) Depositions of Plaintiff's expert witnesses shall be completed by August 2, 2027;

(3) Smith & Nephew shall serve expert witness reports on or before August 2, 2027;

(4) Depositions of Smith & Nephew's expert witnesses shall be completed by October 2, 2027.

5. Motions: Motions for summary judgment must be filed on or before November 2, 2027. The parties anticipate filing motions *in limine* and motions pursuant to F.R.E. 702 after the completion of discovery and prior to trial, and the parties request that the Court defer setting a deadline for filing such motions until such time as the case has been scheduled for trial.

Dated: August 31, 2026

*s/ Alex C. Davis*

Alex C. Davis
alex@acdavislaw.com

ALEX DAVIS LAW OFFICE, PSC
445 Baxter Avenue, Suite 275
Louisville, Kentucky 40204
Tel: (502) 882-6000
Fax: (502) 587-2007

*Attorneys for Plaintiff, Cheryl A. Miller*

Dated: August 31, 2026

*s/ Michael J. Wirth*
Michael J. Wirth
State Bar No. 1034011
*Michael.Wirth@vonbriesen.com*
Taylor A. Van Zeeland
State Bar No. 1124979
*taylor.vanzeeland@vonbriesen.com*

VON BRIESEN & ROPER, S.C.
411 E. Wisconsin Avenue, Suite 1000
Milwaukee, WI 53202
T: (414) 287-1245
F: (414) 238-6433

Douglas J. Moore
*dmoore@irwinllc.com*
IRWIN FRITCHIE URQUHART MOORE & DANIELS, LLC
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Phone : (504) 310-2100
Fax : (504) 310-2101

*Attorneys for Defendant, Smith & Nephew, S.C.*